**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ANIA HOWARD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case Number: 4:24-CV-04545 |
| | § | |
| NIELSEN AUDIO, INC. | § | |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING UNOPPOSED
EMERGENCY MOTION TO SEAL ATTACHMENTS**

     This Court has considered Defendant Nielsen Audio, Inc.'s Unopposed Emergency Motion to Seal Attachments to Pro Se Plaintiff Ania Howard's Complaint and Request for Injunction, and finds that the Emergency Motion should be GRANTED for the reasons stated therein, and that Dkt. 5 at 7 – 34 will be SEALED and only available to Pro Se Plaintiff and counsel of record.

     It is so ORDERED.

_____

Date                                    Judge Presiding