United States District Court
Southern District of Texas
**ENTERED**
December 18, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ANIA HOWARD, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case Number: 4:24-CV-04545 |
| | § | |
| NIELSEN AUDIO, INC. | § | |
| | § | |
| *Defendant.* | § | |

### ORDER GRANTING UNOPPOSED
### EMERGENCY MOTION TO SEAL ATTACHMENTS

This Court has considered Defendant Nielsen Audio, Inc.'s Unopposed Emergency Motion to Seal Attachments to Pro Se Plaintiff Ania Howard's Complaint and Request for Injunction, and finds that the Emergency Motion should be GRANTED for the reasons stated therein, and that Dkt. 5 at 7 – 34 will be SEALED and only available to Pro Se Plaintiff and counsel of record.

It is so ORDERED.

_12/18/2024_
Date

_Peter Bray_ U.S.M.J.
~~Judge Presiding~~