Case 4:24-CV-04545

**CV-Certificate of Service (Service of Papers Other than Citation)**
**Instructions:** Every notice, pleading, plea, motion, or request made to the court must be served on all other parties in person, by mail or courier, by fax, by e-mail with consent, or in another manner directed by the court. Pleadings and documents other than a citation may be served by a party to the suit, an attorney of record, a sheriff or constable, or any other person competent to testify.
Proof of such service must be evidenced by a certificate of service signed by a party or the party's attorney of record, or signed and verified if the service is made by any other person, and attached to the document filed with the Court. **Rule 501.4**

## CERTIFICATE OF SERVICE

United States Courts
Southern District of Texas
FILED
DEC 20 2024
Nathan Ochsner, Clerk of Court

I certify that this document was served on all parties to this lawsuit as follows:

Name of Document: Summons & Complaint

Method of Service *(include information for each party to the lawsuit served with the document):*

☐ Personal Delivery:
Name of Party or Party's attorney of record or agent, if any: _____
Address: _____
Date delivered: _____
Person delivering document: _____

☒ Mail or Courier:
Name of Party or Party's attorney of record or agent, if any: Nielsen Audio Inc. General Counsel
Address: 501 Brooker Creek Blvd Oldsmar, FL 34677
Date mailed: 12/6/24      Certified Mail Receipt No.: 9589071052102088539745
Courier: USPS
Date of courier delivery: 12/12/24      Courier Receipt No.: 9590 9402 8716 3310 2560 97

☐ Fax
Name of Party or Party's attorney of record or agent, if any: _____
Date and time fax sent: _____      Fax number: _____

☐ Email
Name of Party or Party's attorney of record or agent, if any: _____
Date and time email sent: _____      Email address: _____

Signed on 12/20/2024 .

Signature of Party or Party's Attorney of Record

Signed on _____ .
Signature of Person Providing Notice

**(VERIFICATION REQUIRED IF SERVICE IS BY A PERSON OTHER THAN A PARTY OR PARTY'S ATTORNEY)**

I declare under penalty of perjury that the information in this Certificate of Service is true and correct.

Signed on _____ in _____, County, Texas.

Signature of Person Providing Notice
Printed Name: _____
Address: _____
Date of Birth: _____

Case 4:24-cv-04545

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nelsen Audio Inc.
General Counsel
01 Brooker Creek Blvd.
Oldsmar, FL 34677

9590 9402 8716 3310 2560 97

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

U.S. Postal Service
CERTIFIED MAIL
Domestic

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $2.59
Total Postage and Fees $11.54
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here
FRESNO POST OFFICE
USPS
DEC 06 2024

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2088 5397 45

**UNITED STATES POSTAL SERVICE**

FRESNO
4725 TEAL BEND BLVD
FRESNO, TX 77545-9998
(800)275-8777

12/06/2024 03:13 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 1 | $1.69 | $1.69 |
| First-Class Mail® Large Envelope | 1 | | $2.59 |
| Oldsmar, FL 34677 | | | |
| Weight: 0 lb 4.60 oz | | | |
| Estimated Delivery Date Tue 12/10/2024 | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: 9589 0710 5270 2088 5397 45 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: 9590 9402 8716 3310 2560 97 | | | |
| Total | | | $11.54 |

Grand Total: $13.23

Debit Card Remit $13.23
Card Name: MasterCard
Account #: XXXXXXXXXXXX8970
Approval #: 051327
Transaction #: 033
Receipt #: 101670
Debit Card Purchase: $13.23
AID: A0000000042203 Chip
AL: US Debit
PIN: Verified CapitalOne Debit

