IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANIA HOWARD, § § *Plaintiff*, § § v. § § NIELSEN AUDIO, INC. § § *Defendant*. § | Case Number: 4:24-CV-04545 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

Defendant Nielsen Audio, Inc. ("Nielsen") files this Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading, respectfully showing as follows:

1. Plaintiff filed an Original Complaint on November 19, 2024 in this Court.

2. The current deadline for Nielsen to file its responsive pleading is January 2, 2025.

3. Undersigned counsel is working to gather the necessary information to respond to Plaintiff's Original Complaint.

4. Accordingly, Nielsen respectfully requests that the deadline to file its answer or other responsive pleading be extended from January 2, 2025 to January 30, 2025.

5. Nielsen does not request this extension for the purpose of delay, but in order to adequately respond to Plaintiff's Original Complaint.

6. Plaintiff's counsel has represented that Plaintiff is unopposed to the requested extension of time.

In conclusion, Defendant Nielsen respectfully requests, without waiving any right to assert any defense or file any response permitted by the Federal Rules of Civil Procedure, an extension of time to file its answer or other responsive pleading until January 30, 2025.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**

*/s/ Carolyn Russell*
Carolyn Russell
Texas Bar No. 24003913
One Allen Center
500 Dallas Street, Suite 2100
Houston, TX  77002
713.655.0855 (Phone)
713.655.0020 (Fax)
carolyn.russell@ogletree.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 23, 2024, I conferred with Pro Se Plaintiff Ania Howard via email and she confirmed that she is unopposed to the relief requested in this Motion.

*/s/ Carolyn Russell*
Carolyn Russell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was filed electronically using the Court's ECF/CM system, which will simultaneously provide notice and service to Plaintiff on this 23rd day of December 2024.

*/s/ Carolyn Russell*
Carolyn Russell