# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ANIA HOWARD, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case Number: 4:24-CV-04545 |
| § | |
| NIELSEN AUDIO, INC. § | |
| § | |
| *Defendant*. § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXENSTION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

This Court has considered Defendant's Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading ("Motion") and finds that the Motion should be GRANTED for the reasons stated therein, and that Defendant's deadline to file an answer or other responsive pleading is January 30, 2025.

It is so ORDERED.

_____     _____
Date                                                               Presiding Judge