United States Courts
Southern District of Texas
FILED

*December 20, 2024*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANIA HOWARD, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:24-cv-04545 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| NIELSEN AUDIO, INC., | § | |
| Defendant. | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c), all parties to this action waive their right to proceed before a District Judge of this Court and consent to have a United States Magistrate Judge conduct all further proceedings, including hearings and rulings on motions, pretrial conferences and trial, and entry of judgment.

Counsel for all parties execute this form as follows:

_____[signature]_____ for _____

_____ for _____