United States District Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| ANIA HOWARD, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-04545 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| NIELSEN AUDIO INC, | § | |
| Defendant. | § | |

## Order to Reassign

It is ORDERED that the Clerk of Court shall reassign this action to United States Magistrate Peter Bray to conduct all further proceedings, including hearings and rulings on motions, pretrial conferences and trial, and entry of judgment.

Signed on January 06, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge