IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANIA HOWARD, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case Number: 4:24-CV-04545 |
| § | |
| NIELSEN AUDIO, INC. § | |
| § | |
| *Defendant*. § | |

**ORDER ON DEFENDANT NIELSEN AUDIO, INC.'S
MOTION TO DISMISS**

Before the Court is Defendant Nielsen Audio, Inc. Motion to Dismiss ("Motion") pursuant to Fed. R. Civ. P. 12(b)(6). After considering the Motion, any response or reply, pleadings and arguments of the parties, the Court is of the opinion that the Motion has merit and should be granted.

It is therefore ORDERED that all Plaintiff's claims against Defendant are dismissed in their entirety, with prejudice.

It is SO ORDERED.

Signed this ___ of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE BRAY**