IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANIA HOWARD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case Number: 4:24-CV-04545 |
| | § | |
| NIELSEN AUDIO, INC. | § | |
| | § | |
| *Defendant*. | § | |

## JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties here by jointly move to dismiss this case with prejudice. Therefore, the parties ask that the court enter an order dismissing this case with prejudice, each side bearing its own costs and attorneys' fees.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.**

*/s/  Carolyn Russell*
Carolyn Russell
Texas Bar No. 24003913
One Allen Center
500 Dallas Street, Suite 2100
Houston, TX  77002
713.655.0855 (Phone)
713.655.0020 (Fax)
carolyn.russell@ogletree.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

 */s/ Ania Howard (with permission)*
Plaintiff Ania Howard

1

**CERTIFICATE OF CONFERENCE**

    I hereby certify that on February 14, 2025, I conferred with Pro Se Plaintiff Ania Howard via email. She confirmed that she is joining in this motion. She authorized to me to attach her signature to this motion.

                                      */s/ Carolyn Russell*
                                      Carolyn Russell

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing instrument was filed electronically using the Court's ECF/CM system, which will simultaneously provide notice and service to Plaintiff on this 14th day of February 2025.

                                        */s/ Carolyn Russell*
                                      Carolyn Russell