# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ANIA HOWARD, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case Number: 4:24-CV-04545 |
| | § | |
| NIELSEN AUDIO, INC. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ON JOINT MOTION TO DISMISS

Before the Court is the parties' Joint Motion to Dismiss ("Motion") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Motion is granted.

It is therefore ORDERED that all Plaintiff's claims against Defendant are dismissed in their entirety, with prejudice. Each side shall bear their own costs and attorneys' fees.

THIS IS A FINAL JUDGMENT

It is SO ORDERED.

Signed this ___ of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE BRAY**