United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANIA HOWARD, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case Number: 4:24-CV-04545 |
| NIELSEN AUDIO, INC. | § § § | |
| *Defendant.* | § | |

**ORDER ON JOINT
MOTION TO DISMISS**

Before the Court is the parties' Joint Motion to Dismiss ("Motion") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Motion is granted.

It is therefore ORDERED that all Plaintiff's claims against Defendant are dismissed in their entirety, with prejudice. Each side shall bear their own costs and attorneys' fees.

THIS IS A FINAL JUDGMENT

It is SO ORDERED.

Signed this 14 of Feb., 2025.

_____
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE BRAY

88135717.v1-OGLETREE